# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

Lawrence S. Horn
Member of the Firm
Direct Dial: 973-643-5484
E-mail: lhorn@sillscummis.com

September 3, 2008

Ms. Rosemary Guilloty
Courtroom Deputy to
Honorable Katharine S. Hayden
United States District Court
U.S.P.O. & Courthouse Building, Rm 311
Newark, NJ 07101-0999

RE: United States v. George Abad, Sr.
(Sentencing Date)

Dear Ms. Guilloty:

Assistant U.S. Attorney Stacey A. Levine is now representing the Government in this case. Michael Buchanan has left the U.S. Attorney's Office for private Practice. Ms. Levine and I spoke this morning concerning the date of sentencing.

Because I will be beginning a trial on October 21, 2008 before Judge Walls and will be totally immersed in trial preparation the days immediately before, I respectfully request that the sentencing in Mr. Abad's case be rescheduled from October 20 at 10:00 a.m. to October 30 at 3:00 p.m. If my trial is still in process, we could always change the date again as it gets closer.

Assistant U.S. Attorney Levine has no objection to this request.

Thank you very much for your kind courtesies.

Very truly yours,

LAWRENCE S. HORN

LSH/mm
cc: Honorable Katharine S. Hayden, U.S.D.J.
    Stacey A. Levine, Assistant U.S. Attorney

*[Handwritten annotation:]* Request GRANTed. Sentencing is scheduled for November 3, 2008 at 10:00 a.m. 9/10/08 So ORDERED Katharine S. Hayden

1514870 v1