UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>GEORGE ABAD, SR.,<br><br>Defendant | Crim. No. 08-333 (KSH)<br><br>**ORDER DIRECTING RETURN OF PASSPORT TO DEFENDANT** |

**THIS MATTER** having been brought before the Court on the letter application dated February 12, 2009 of the defendant (through his counsel, Lawrence S. Horn, Esq.) for the entry of an Order directing the Pretrial Services Agency to return the defendant's U.S. passport to him, and it appearing that the proceedings in this matter have been concluded, and for good cause shown,

IT IS on this 25th day of February, 2009

ORDERED that the Pretrial Services Agency return the defendant's U.S. passport to the defendant.

HON. KATHARINE S. HAYDEN
United States District Judge