UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, vs. GEORGE ABAD, SR. Defendant | Crim. No. 08-333 (KSH) <br><br> **ORDER GRANTING DEFENDANT'S REQUEST FOR EARLY TERMINATION FROM SUPERVISED RELEASE** |

THIS MATTER having been brought before the Court on the letter application dated June 16, 2010 of the defendant (through his counsel, Lawrence S. Horn, Esq.) seeking the early termination of the two year term of supervised release imposed by the Court on the defendant by the Amended Judgment filed December 3, 2008, and the Court having considered the matter and it being represented to the Court by counsel that neither the U.S. Probation Office nor the U.S. Attorney's Office objects to the granting of the defendant's letter application,

IT IS on this ___7th___ day of ___July___, 2010

ORDERED that the defendant's request is GRANTED and the period of supervised release imposed as part of the Court's Amended Judgment is hereby terminated.

_____
HON. KATHARINE S. HAYDEN
United States District Judge